FILED

NOV 2 3 2015

U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOHN SANDERS, <br><br> Defendant. | Criminal No. 3:15cr49 <br><br> Violations:  18 U.S.C. § 2 <br> 21 U.S.C. § 841(a)(1) <br> 21 U.S.C. § 841(b)(1)(C) |

## INFORMATION

The United States Attorney charges that:

### COUNT 1

(Aiding and Abetting the Distribution of Heroin)

On or about June 20, 2014, at or near Martinsburg, Berkeley County, West Virginia, within the Northern District of West Virginia, defendant **JOHN SANDERS**, and a person known to the United States Attorney, aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority distribute a quantity of heroin, a Schedule I narcotic drug-controlled substance as defined in Title 21, United States Code, Section 812(c), Schedule I(b)(10), in violation of Title 18, United States Code, Section 2, and Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

*[signature]*
William J. Ihlenfeld, II
United States Attorney

1